UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

<u>00-CR-9S-1</u>

PETER GERACE,

Defendant.

---

SENTENCING LETTERS

Michael P. Curran Jr.
302 Delaware Street
Tonawanda, NY 14150

May 1, 2006

Hon. William M. Skretny
68 Court Street, Part 4
Buffalo, New York 14202

RE: Regarding Peter Gerace

Dear Judge Skretny,

My name is Michael P. Curran. I have been a business manager here in Buffalo for the past 6 years. I've known Peter Gerace for a number of years and have always found him to be a kind, generous, selfless man. He has always dedicated himself to helping those less fortunate and has always gone above and beyond to achieve his goals. He has dedicated a portion of his life to working for good causes that help to benefit those in need. He has run many fundraising campaigns for both Roswell Park and the Make A Wish Foundation; campaigns that have brought about great success.

I still see Peter on a regular basis. He has repeatedly expressed his sincere remorse over the money that people lost. I have seen how he has been able to lift the spirits of those who find themselves in impossible situations. I truly feel that jail time for Peter would not be in his best interest. He is very involved with his family as well as his business. If he is not around to sufficiently run his businesses, his work will suffer and his employees may find themselves without jobs. I truly hope that there can be another way to solve this problem.

Thank you,

Michael P. Curran Jr.
302 Delaware Street
Tonawanda, NY 14150
716-903-4804

RECEIVED
WILLIAM M. SKRETNY
MAY 0 2 2006
United States District Court
Western District of New York