UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                        00-CR-9S-1

PETER GERACE,

Defendant.

---

SENTENCING LETTERS

May 23, 2006

Your Honor Judge Skretny —

    I am Peter Gerace grandmother. Your honor Peter has been a good boy and never has had any trouble before this. He is well liked + respected.

    His father is a very sick man and his mother needs him to help in her business. She doesn't know how to work the computer. He is a big help to both his father and mother.

    Please take this all in consideration for my grandson. We all love him dearly.

    God bless you
    Mrs. Josephine Todaro



**RECEIVED**
**WILLIAM M. SKRETNY**

MAY 3 0 2006

United States District Court
Western District of New York

# ST. LAWRENCE CHURCH

1520. East Delavan Avenue
Buffalo, NY 14215
716 892-2471 - Office
716 892-1315 - Fax



May 24, 2006

The Very Honorable Judge William M. Skretny
United States District Court – Western District of New York
304 US Court House
68 Court Street
Buffalo, New York 14202

RECEIVED
WILLIAM M. SKRETNY

MAY 2 6 2006

United States District Court
Western District of New York

Dear Judge Skretny:

    I am writing this letter of recommendation for Mr. Peter Gerace. I have known Mr. Gerace and his family for many years, and I have celebrated many sacraments for Peter and his family.

    In the many years of knowing Peter, I have found him to be a man of principle and moral character. He has strong religious values, which guide him in his daily living as a Father, Business Owner and Community Leader. I have always found Peter to be extremely honest, fair, and hard working. In being a Police and Fire Department Chaplain for several agencies, there were times I needed food for Police Officers, their families and other Law Enforcement Agencies for line of duty deaths, or injuries on the job. Peter and his family were very kind, generous, and loving in donating food and time in helping Police Officers and their families.

    Also, in the various parishes that I have been assigned Peter and his family have always helped me with donating food to the needy, the elderly, the sick, and forgotten. In having the resources to help those in need, Peter's heart and soul is always there in trying to bring some light and hope for people who are hurting and experiencing difficult times.

    Judge Skretny, I would give the highest moral, religious and character recommendation to Peter. In the years I have known him, **he is man of great faith, values and ethical acumen**. Hence, he has helped many in his community, and is a role model for his son in teaching him how to help and be considerate of others.

# ST. LAWRENCE CHURCH

1520. East Delavan Avenue
Buffalo, NY 14215
716 892-2471 - Office
716 892-1315 - Fax



    If any Community Service can be offered to Peter, I would be most happy and willing to have Peter help me in my various parish duties: helping with our parish food pantry in conjunction with the Food Bank, nursing home visitations at St. Francis Nursing Home, and working with the sick children via "Cops Care" in working with many police agencies in visiting homes, hospitals and rehab centers for children with Police, Fire and Sports Personnel.

    Judge Skretny, I am most grateful for your time, and consideration in reading this letter for Mr. Peter Gerace.

Sincerely,

Father Joseph F. Moreno