May 25th, 2006

HON. WILLIAM M. SKRETNY
United States District Court
U.S. Courthouse
68 Court Street
Part IV, 5th Floor
Buffalo, New York 14202

<u>United States v. Peter Gerace</u>

Dear Judge Skretny:

  I would like to give you some background on Peter's life that I believe reveals the true person he is. My relationship with Peter is not only one of mother/son, but also as a business consultant. He is instrumental to the successful running of both my businesses, Pietro's Ristorante, and Pharoahs. My husband is not able to assist me in running either business due to a previous heart attack, as well as his current cardiovascular disease and diabetes. The seriousness of these chronic illnesses does not allow him to endure any extra stress. Therefore, since the opening of both businesses, my son Peter has taken on many responsibilities that my husband has been unable to fulfill. Such responsibilities include taking care of my bookwork, sales taxes, advertising, insurances, and computer entries, all of which neither my husband nor I have the time, knowledge, or experience to do. It would be a hardship for me to run either business without him and I do not have the finances to hire anyone capable of fulfilling his tasks.

  On a more personal, mother-son basis, I am very proud of the admirable family man that Peter has grown to be. He grew up in a Catholic home and went to a Catholic grammar and high school. As a child, he was never a trouble maker, and always did well in school. He has always been close with his grandparents, respectful to elders, and a very well-liked person because of his mannerism and genuine concern for others. He has two brothers who he is also very close to. Of most importance in Peter's life right now, though, is his five year old and newborn son. He is very involved in both their lives and loves them dearly. It would be devastating for him to be away from them for any length of time.

  I know that Peter is genuinely remorseful and feels terrible about any anguish and difficulties he has caused anyone. Although he used poor judgment regarding this matter, he

did not set out to intentionally deceive anyone. I hope and pray that you will show him lenience and spare him from any jail time. He has suffered and stressed over this for quite a while, as have ourselves and all our family. Please spare his children from the same.

Respectfully,

*Linda Gerace*

Linda Gerace

May 25<sup>th,</sup> 2006

HON. WILLIAM M. SKRETNY
United States District Court
U.S. Courthouse
68 Court Street
Part IV, 5th Floor
Buffalo, New York 14202

<u>United States v. Peter Gerace</u>

Dear Judge Skretny:

    I am Peter's father and I would like to tell you about our relationship and how much he means to me. He was my first born son and has always been close to me and his family. I consider him to be a very good person, and since his childhood years, he has been an excellent role model for his two younger brothers who he is also very close with. He attended St. Andrew's Grammar School and graduated from St. Joseph's Collegiate Institute. When he graduated, I was very proud of him and knew the foundation and friendships he made there would stay with him throughout his life. He has never been in any trouble with the law, and so when these charges were brought against him I was understandably very shocked and upset. As is any father's wish, I always tried to create a positive name for our family which my children would be proud to carry on and instill in their children. After all of our hard work, it would be disappointing to see our family name tarnished.

    My wife has two businesses which Peter is a very big help in. Due to my health problems, I cannot take on any extra stress and also don't have the knowledge to help or do the things that Peter does for both businesses. I know my wife cannot manage either business on her own and fear they will not be able to operate without Peter. They have both worked very hard to make the businesses successful and it would be unfortunate to see either of them have to close. We are also very concerned for the future of the many employees and their families if either business could not operate due to Peter's absence. There are over 120 dedicated, hard working individuals employed by both companies. Their livelihoods depend on Peter's presence and knowledge in the companies.

Peter is very close with his two brothers and all his family. He has a five year old son (soon to be six) and a six week old son who he loves very much and would be devastated to be without for any length of time. In consideration of his clean record, I beg you not to give him any jail time and allow him to move forward with his life. I promise you you'll never regret your decision for I am confident that Peter has learned a hard lesson from this and from here on out will forever live a law abiding life.

It's very hard for me to watch my son go through this, and a part of me can't help but feel like I am going through it also. Peter has been confiding in me and seeking advice and support regarding this matter. Emotionally and physically it has taken a toll on the both of us, as well as several other family members and close friends. I know that one of Peter's major concerns is the effect that the situation has had on his grandparents. At 83 years old, any unwanted stress becomes a serious detriment to their health. They have a very close, loving relationship with Peter, their first grandchild. If anything happened to Peter, I'm afraid of what it would do to their health.

Thank you for any leniency you can give in your decision.

Respectfully,

*Peter Gerace*

Peter Gerace

June 11, 2006

To Whom It May Concern:

This letter is regarding Peter Gerace. My name is Deborah Gerace and I have known Peter for 23 years and we were married for 8 years. Peter has always been a hard working business man. He co-owns G&G Petroleum, he also co-owns Rascals Restaurant which he leased out. He plays an active role at Pietro's and Pharaohs which are owned by his mother. Peter has provided for his family and he comes over to see his son. He is very remorseful for what happened at Advanced Distributing and we have had many conversations about how terrible he feels about his actions. He understands that good people (customers of Advanced) were taken advantage of and he has a hard time accepting that. If you have any questions please feel free to contact me at 689-6237.

Sincerely,

*Deborah Gerace*

Deborah Gerace

Your Honor Judge Skretny –

I am Peter Gerace grandmother. Your honor Peter has been a good boy and never has had any trouble before this. He is well liked + respected.

His father is a very sick man and his mother needs him to help in her business. She doesn't know how to work the computer. He is a big help to both his father and mother.

Please take this all in consideration for my grandson. We all love him dearly.

God bless you
Mrs. Josephine Todaro



**RECEIVED**
**WILLIAM M. SKRETNY**

MAY 3 0 2006

United States District Court
Western District of New York

# ST. LAWRENCE CHURCH

1520 East Delavan Avenue
Buffalo, NY 14215
716 892-2471 - Office
716 892-1315 - Fax



May 24, 2006

The Very Honorable Judge William M. Skretny
United States District Court – Western District of New York
304 US Court House
68 Court Street
Buffalo, New York 14202



RECEIVED
WILLIAM M. SKRETNY

MAY 2 6 2006

United States District Court
Western District of New York

Dear Judge Skretny:

    I am writing this letter of recommendation for Mr. Peter Gerace. I have known Mr. Gerace and his family for many years, and I have celebrated many sacraments for Peter and his family.

    In the many years of knowing Peter, I have found him to be a man of principle and moral character. He has strong religious values, which guide him in his daily living as a Father, Business Owner and Community Leader. I have always found Peter to be extremely honest, fair, and hard working. In being a Police and Fire Department Chaplain for several agencies, there were times I needed food for Police Officers, their families and other Law Enforcement Agencies for line of duty deaths, or injuries on the job. Peter and his family were very kind, generous, and loving in donating food and time in helping Police Officers and their families.

    Also, in the various parishes that I have been assigned Peter and his family have always helped me with donating food to the needy, the elderly, the sick, and forgotten. In having the resources to help those in need, Peter's heart and soul is always there in trying to bring some light and hope for people who are hurting and experiencing difficult times.

    Judge Skretny, I would give the highest moral, religious and character recommendation to Peter. In the years I have known him, **he is man of great faith, values and ethical acumen**. Hence, he has helped many in his community, and is a role model for his son in teaching him how to help and be considerate of others.

# ST. LAWRENCE CHURCH

1520. East Delavan Avenue
Buffalo, NY 14215
716 892-2471 - Office
716 892-1315 - Fax



If any Community Service can be offered to Peter, I would be most happy and willing to have Peter help me in my various parish duties: helping with our parish food pantry in conjunction with the Food Bank, nursing home visitations at St. Francis Nursing Home, and working with the sick children via "Cops Care" in working with many police agencies in visiting homes, hospitals and rehab centers for children with Police, Fire and Sports Personnel.

Judge Skretny, I am most grateful for your time, and consideration in reading this letter for Mr. Peter Gerace.

Sincerely,

Father Joseph F. Moreno

## Andrews, Bernstein & Maranto, LLP
Attorneys and Counselors at Law
69 Delaware Avenue, Suite 1200
Buffalo, New York 14202

Tel: (716) 842-2200
Fax: (716) 847-1134

Benjamin J. Andrews
Robert J. Maranto, Jr.
Richard A. Nicotra
Andrew D. Fanizzi
Andrew J. Connelly

Of Counsel
Alan L. Bernstein

June 9, 2006

To Whom it May Concern:

Please accept this letter as my letter of support for Peter G. Gerace, and my sincere request for the Court to grant leniency in the upcoming sentencing of my lifelong friend.

By way of background, Peter and I first became friends when we were five year old kindergartners at St. Andrews Country Day School in Tonawanda. Throughout grammar school, and then into high school at St. Joseph's Collegiate Institute, our friendship grew, and my trust and admiration for Peter advanced.

During the thirty-three (33) years of our friendship, Peter has always demonstrated to me...and those who we have mutually come into contact with, personal honesty and integrity. At times in my personal life when I have needed a friend to consult with, he has always provided a sound, non-judgmental outlet. He is a true friend, both devoted and honest.

Peter has told me countless times that his biggest regret is the pain caused to the customers of Advanced Distributing that were taken advantage of. Knowing Peter as I do, he will not forgive himself for what occurred.

As a bridegroom at my wedding, and continuing forward, Peter has become an integral part of our family. My children affectionately refer to him as "Uncle Peter". Peter is also the Godfather of my son, Bobby. As a devout Catholic, deciding on a Godparent for my children was, and continues to be, a decision that I take very seriously. The decision made by my wife and I was undoubtedly the correct one.

June 9, 2006
Page 2

    In sum, the Peter Gerace who I know is a devoted family man and friend. He is articulate and witty, and provides positive energy to anyone with whom he comes into contact with. I truly believe that justice, and the People, will be served by in this case by a sentence which does not include the presence of Peter Gerace in a correctional facility.

    Thank you for considering this letter in the making of your decision.

Very truly yours,

ANDREWS, BERNSTEIN & MARANTO, LLP

ROBERT J. MARANTO, JR.

RJM

Joseph E. Parisi III
6302 Balsam Fir Court
Clarence Center, New York 14032

April 26, 2006

Hon. William M. Skretny
68 Court Street, Part 4
Buffalo, New York 14202

Dear Judge Skretny,

My name is Joseph E. Parisi III. I am a former Erie County Deputy Sheriff who served in the 1970's and 80's before starting my own business with my wife. I've known Peter Gerace his entire life. Peter Gerace was born in the house next door to mine in Tonawanda. He is a kind man and has always gone above and beyond to help people. He is dedicated to working for good causes that help to benefit those less fortunate than himself. I even had the opportunity to help him work on a few of his fundraising campaigns for Roswell Park and the Make A Wish Foundation several years ago; both which turned out to be extremely successful.

One particular campaign that sticks out in my mind is when Peter worked to raise funds for a family whose daughter had just finished chemotherapy and was told that her cancer had gone into remission. You could see that the young girl and her family had gone through a very difficult time in their lives. If only you could have seen their faces when they were told that Peter's fundraising efforts had granted them the ability to take an all expenses paid trip to Hawaii, a trip that they, themselves, were unable to afford. I will never forget their smiles and their expressions of joy. This is the Peter Gerace I know, this is Peter Gerace...he helps people.

I still speak with Peter just about every day. He has repeatedly expressed his remorse over the money that people lost. I do not think that jail time would serve any good purpose. He realizes that he committed a serious crime. He is a good person who is very involved with his family and enjoys spending time with them. In addition to being a family man, Peter is also a businessman in the community. He is a vital part of Pietro's Ristorante in Clarence. I think if he were to get any jail time that it would adversely affect the jobs of many people in the community. Peter is well known and a well liked individual and people come to see him at the restaurant. If Peter is not there to operate his business, his business will suffer and his employees will run the risk of losing their jobs. I hope you can find it in your heart to offer an alternative solution to this problem.

Thank you,

Joseph E. Parisi III
6302 Balsam Fir Court
Clarence Center, New York 14032
716-903-4801

Cheryl L. Parisi
6302 Balsam Fir Court
Clarence Center, New York 14032


April 26, 2006


Hon. William M. Skretny
68 Court Street, Part 4
Buffalo, New York 14202


RE: Regarding Peter Gerace


Dear Judge Skretny,

My name is Cheryl L. Parisi. I have been a business owner in Erie County for over 20 years. I've known Peter Gerace for over 30 years. I've always known him to be a kind man and a man with a sense of humor. He also is a caring person who has always gone above and beyond to help people. He is dedicated to working for good causes that help to benefit those less fortunate than himself. He has run many fundraising campaigns for Roswell Park and the Make A Wish Foundation, which always turned out to be extremely successful.

I still socialize with Peter regularly. He has repeatedly expressed his remorse over the money that people lost. I truly feel that jail time would not serve any good purpose. He realizes that he made a mistake. He is a good person with a big heart. He is very involved with his family and enjoys spending time with them. In addition to being a family man, Peter is also a businessman in the community. If Peter is not there to operate his businesses, his businesses will surely suffer and his employees will run the risk of losing their jobs. I hope you can find an alternative solution to this problem.

Thank you,

*Cheryl Parisi*

Cheryl L. Parisi
6302 Balsam Fir Court
Clarence Center, New York 14032
716-903-4801

# SNYDER AND MICHALSKI
Attorneys and Counsellors at Law

3976 Seneca Street
West Seneca, New York 14224
(716) 675-1066
FAX (716) 674-4772

**EDWARD J. SNYDER**
**JOHN L. MICHALSKI**

THOMAS A. NYITRAI, *Of Counsel*

April 25, 2006

LEGAL ASSISTANTS
DEBRA A. RITZ
DENISE A. GATES

United State District Court
Western District of New York
Attn: Hon. William M. Skretny
68 Court Street
Part IV, 5th Floor
Buffalo, New York 14202

Re: Peter Gerace

Dear Judge Skretny:

I write to offer you the following information in support of my client and friend, Peter Gerace in advance of his sentencing before you.

I have known Peter for close to ten (10) years now. We met through a mutual friend with whom we are both still close.

Initially, Peter was just a client. I represented him in several real estate transactions and eventually his family in a business venture which transaction took several months to consummate. During that period of time we were in contact daily and he impressed me with his attention to detail and business acumen.

I still represent him and his family regarding two (2) businesses, a restaurant and an adult cabaret. Peter is actively involved in the day to day operation of those entities and his absence from them would constitute a hardship on his family.

Over the course of our business relationship we also became friends. I have had the opportunity to socialize with Pete over the years. In social situations Peter is very engaging and has a great sense of humor.

Peter is also a fantastic Dad. I have observed him with his young son and as a parent he is thoughtful, patient and kind. He is also very excited about the birth of his new baby boy. Our families have socialized together and it is a pleasure to do so because together he and his sons are wonderful.

Hon. William M. Skretny
Page Two
April 25, 2006

      I cannot speak more highly of Peter. He is a great client, friend, son and father. He is not perfect, however, as none of us are.

      We have spoken at length about the mistakes we both have made but in particular abut the mistakes he made which bring him before this Honorable Court for sentencing.

      He is extremely remorseful regarding the effect his criminal activity has had on the victims of it. He understands and appreciates the consequences of his actions and the hardship he created.

      Nevertheless, it is my hope that the Court will fashion the punishment it metes out in a compassionate manner that will allow Peter to continue to work with and support his family, visit with his children (young son) and contribute positively to the community as he has over his lifetime.

      He is no risk to our community. He is merely a great person that has made some mistakes for which he has accepted responsibility. As his attorney and friend I ask that this Court sentence him to a period of probation supervision.

      Very truly yours,

      JOHN L. MICHALSKI
      ATTORNEY AT LAW

JLM/dar



**NATALE BUILDERS**

Date: 6/08/06

Hon. William M. Skretny
United States District Court
U.S. Courthouse
68 Court Street
PartIV, 5th Floor
Buffalo, N.Y. 14202

Re:   United States v. Peter Gerace

Dear Judge Skretny,

    My name is Angelo Natale with Natale Builders, and I am a friend of Peter Gerace for the past 20 years and have been doing business in the community for over 30 years. I am writing this letter of referral not only as a character witness, but as a concerned business person.
    While my family has been in business in Western New York for some 40 years, I know the value of having a local business in the community is immeasurable. Peter Gerace's involvement in his business and the community has shown an exemplary position as a community leader. I realize the situation that had occurred to Peter as a youth. I don't believe that at that time that the full ramifications and damage were apparent to him because of his surroundings and his age.
    As a mature adult, family man, and business person, I know that his history has proven to help him grow as an adult and as a leader in the community. Peter has several successful business's, in Western New York and is a good father, and anything to deter this momentum would serve as an injustice. I believe he has learned from his mistakes and can prove to be a capable teacher because of it.
    Peter's dedication to his family, business and employees, who rely on him, serve as a pillar of strength to our community. Please allow this letter of referral to represent a person who has learned from his past experiences and has proven himself as a community leader.
    Please feel free to contact me for any questions or concerned at 759-1788.

Sincerely

*Angelo J. Natale*

Angelo S. Natale
President, NataleBuilding Corp.

9276 Main St.
Suite 3A

Clarence
New York
14031

Phone:
716.759.1788

Fax:
716.759.1770

www.natalebuilders.com

Daniel and Michelle Derenda
12 Dover Street
Buffalo, NY 14212-1616

April 21, 2006

Mr. Peter Gerace
135 Springmeadow Drive
Williamsville, NY 14221

To Whom It May Concern:

We would like to share our thoughts with you about Mr. Peter Gerace and his character.

We've known him for about eighteen years and think he is a very kind, considerate and respectful man. He is very hard working businessman who likes to be involved with many activities at one time. He loves to spend time with family, especially his boys. He always goes out of his way to help out whenever asked. He certainly poses no threat to society. We think so highly of him that we had asked him to be the godfather to our daughter Mia last year. My husband being a police officer and myself being a registered nurse, think it's important to surround ourselves and our family with good people. This is why we continue to keep in close contact Mr. Gerace and his family.

Any more questions feel free to contact us at (716)896-9630.

Respectfully,

*Michelle & Dan Derenda*

Mr. and Mrs. Daniel Derenda

Michael P. Curran Jr.
302 Delaware Street
Tonawanda, NY 14150

May 1, 2006

Hon. William M. Skretny
68 Court Street, Part 4
Buffalo, New York 14202

RE: Regarding Peter Gerace

RECEIVED
WILLIAM M. SKRETNY

MAY 0 2 2006

United States District Court
Western District of New York

Dear Judge Skretny,

My name is Michael P. Curran. I have been a business manager here in Buffalo for the past 6 years. I've known Peter Gerace for a number of years and have always found him to be a kind, generous, selfless man. He has always dedicated himself to helping those less fortunate and has always gone above and beyond to achieve his goals. He has dedicated a portion of his life to working for good causes that help to benefit those in need. He has run many fundraising campaigns for both Roswell Park and the Make A Wish Foundation; campaigns that have brought about great success.

I still see Peter on a regular basis. He has repeatedly expressed his sincere remorse over the money that people lost. I have seen how he has been able to lift the spirits of those who find themselves in impossible situations. I truly feel that jail time for Peter would not be in his best interest. He is very involved with his family as well as his business. If he is not around to sufficiently run his businesses, his work will suffer and his employees may find themselves without jobs. I truly hope that there can be another way to solve this problem.

Thank you,

Michael P. Curran Jr.
302 Delaware Street
Tonawanda, NY 14150
716-903-4804

# Mr. Fox Tire Co., Inc.

1035 William Street
Buffalo, NY 14206
Phone: 716 856 1696
Fax: 716 852 2947

June 5, 2006

Hon. William M. Skretny
United States District Court
US Courthouse
68 Court Street
Part IV, 5th Floor
Buffalo, NY 14202

RE: United States v. Peter Gerace

Dear Judge Skretny:

My name is Eric L. Fox. I am CEO of Mr. Fox Tire Co., Inc., located in downtown Buffalo.

I have known Mr. Gerace for over 20 years, both personally and professionally. He has always demonstrated reliability and trustworthiness. I have witnessed his strength and compassion when dealing with his family and in particular, with his son.

Thank you for your time and I would ask that you would consider leniency in this situation.

Respectfully,

Eric L. Fox

May 9, 2006

HON. WILLIAM M. SKRETNY
United States District Court
U.S. Courthouse
68 Court Street
Part IV, 5th Floor
Buffalo, NY 14202

RE: <u>United States V. Peter Gerace</u>

Dear Judge Skretny:

My name is Donald Parrino Co-owner of Pharaoh's GC., Inc. I work in conjunction with Peter Gerace.

My background is in Design and Floor Management. Mr. Gerace acts as the General Manager and is vital to Pharaoh's. He is the only person within the company who has knowledge and vast experience to keep the company running. Without Peter I fear for the future of Pharaoh's. I am 70 years old and my hours limited. Peter does so much for the company. He handles the book keeping, accounting, tax payments, banking, supply ordering, advertising, scheduling, and needed repairs etc. during the day and manages the club in the evenings where he is responsible for over 100 workers. These workers and their families depend on the success of this company. Peter Gerace is the heart and soul of its future. Because my background is in design, I would be unable to take over Mr. Gerace's responsibilities.

Respectfully,

*Donald Parrino*

Donald Parrino
Pharaoh's GC., Inc.
716.565.2050

May 9, 2006

HON. WILLIAM M. SKRETNY
United States District Court
U.S. Courthouse
68 Court Street
Part IV, 5th Floor
Buffalo, NY 14202

RE: United States V. Peter Gerace

Dear Judge Skretny:

My name is Robert E. Werner Jr. Assistant Manager of Pharaoh's GC., Inc. I work in conjunction with Peter Gerace.
 Mr. Gerace acts as the General Manager and is vital to Pharaoh's. My job responsibilities include getting change for the bar, working and managing security, and closing at four a.m. six nights a week. I would not be able to handle or take over Mr. Gerace's job responsibilities. I do not have the computer knowledge or experience that Mr. Gerace has to handle the bookkeeping, accounting, tax payments, banking etc. He is the only person within the company who has knowledge and vast experience to keep the company running. .

Respectfully,

*[signature]*

Robert E. Werner Jr.
Pharaoh's GC., Inc.
716.565.2050